UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISABELLA KAVANAGH,<br><br>   *Plaintiff*,<br><br>   v.<br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,<br><br>   *Defendants*. | Civil Action No. 20-2163 (DLF) |
| RYAN ROTH,<br><br>   *Plaintiff*,<br><br>   v.<br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,<br><br>   *Defendants*. | Civil Action No. 20-1622 (DLF) |

**NOTICE REGARDING PRELIMINARY SETTLEMENT DISCUSSIONS**

Plaintiffs and the Official-Capacity Federal Defendants ("the parties"), by and through their undersigned counsel, respectfully submit notice to the Court that, similar to the parties in the related *Black Lives Matter D.C. v. Biden* action, the parties in this action have engaged in preliminary settlement discussions and intend to promptly notify the Court if they are able to resolve any of the disputed issues in this litigation.

\*  \*  \*

Dated: June 18, 2021                              Respectfully submitted,

                                                  CHANNING D. PHILLIPS, D.C. Bar No. 415793
                                                  Acting United States Attorney

                                                  BRIAN P. HUDAK
                                                  Acting Chief, Civil Division

                                                  /s/   *Christopher C. Hair*
                                                  CHRISTOPHER C. HAIR, PA Bar No. 306656
                                                  Assistant United States Attorney
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C. 20530
                                                  (202) 252-2541
                                                  christopher.hair@usdoj.gov

                                                  *Counsel for the United States*

                                                  REGAN ZAMBRI LONG PLLC

                                                  By: /s/ *Patrick M. Regan*
                                                  Patrick M. Regan #336107
                                                  pregan@reganfirm.com
                                                  Christopher J. Regan #1018148
                                                  cregan@reganfirm.com
                                                  Emily C. Lagan #1645159
                                                  elagan@reganfirm.com
                                                  1919 M Street, NW, Suite 350
                                                  Washington, DC 20036
                                                  PH: (202) 463-3030
                                                  FX: (202) 463-0667

                                                  *Counsel for Plaintiffs*