UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RYAN ROTH, et al.** | : | |
| **Plaintiffs,** | : | |
| v. | : | Consolidated Case No. 1:20-cv-01622-DLF |
| **DONALD J. TRUMP, et al.** | : | |
| **Defendants.** | : | |

**STIPULATION OF DISMISSAL**

Pursuant to the parties' settlement agreement in this case, Plaintiffs and the United States (meaning the federal Defendants named in the Complaint in their official capacities) through undersigned counsel, hereby stipulate to the dismissal of all claims for equitable relief against the United States, with prejudice, under Rule 41(a)(1)(A)(ii), with each party bearing its own fees and costs.

Dated: April 13, 2022

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By:  /s *Patrick M. Regan*
Patrick M. Regan                    #336107
pregan@reganfirm.com
Paul J. Cornoni                       #489398
pcornoni@reganfirm.com
Christopher J. Regan             #1018148
cregan@reganfirm.com
Emily C. Lagan                      #1645159
elagan@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
Ph: (202) 463-3030
Fx: (202) 463-0667
*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov
*Counsel for the United States*