UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN ROTH, et al.** : | |
| **Plaintiffs,** : | |
| v. : | **Consolidated Case No. 1:20-cv-01622-DLF** |
| **DONALD J. TRUMP, et al.** : | |
| **Defendants.** : | |

## PRAECIPE REGARDING FUTURE SCHEDULING

Plaintiffs do not intend to file a Rule 54(b) Motion for Partial Judgment or seek a Rule 1292 Certification. At this time, no further scheduling is needed for this case.

Dated: April 18, 2022

        Respectfully submitted,

        REGAN ZAMBRI LONG PLLC

By: /s *Patrick M. Regan*

| | |
|---|---|
| Patrick M. Regan | #336107 |
| pregan@reganfirm.com | |
| Paul J. Cornoni | #489398 |
| pcornoni@reganfirm.com | |
| Christopher J. Regan | #1018148 |
| cregan@reganfirm.com | |
| Emily C. Lagan | #1645159 |
| elagan@reganfirm.com | |

1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

1

/s/ *Brian P. Hudak*
BRIAN P. HUDAK
Acting Chief, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2549
*Counsel for the United States*


BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

/s *Kelly D. Heirdrich*
KELLY D. HEIDRICH
PA Bar No. 207407, under LCvr 83.2
Senior Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, DC 20044
Tel: (202) 616-4371; F: (202) 616-4314
Email: Kelly.Heidrich@usdoj.gov

/s *David G. Cutler*
DAVID G. CUTLER
IL Bar No. 6303130, under LCvr 83.2
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, DC 20044
Tel: (202) 616-0674; F: (202) 616-4314
Email: David.G.Cutler@usdoj.gov
*Counsel for Attorney General William P. Barr in his individual capacity*