UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN ROTH, et al.** : | |
| **Plaintiffs,** : | |
| v. : | Consolidated Case No. 1:20-cv-01622-DLF |
| **DONALD J. TRUMP, et al.** : | |
| **Defendants.** : | |

## STATUS REPORT

Plaintiffs are not seeking any further scheduling and request the case be closed.

Dated: April 25, 2022

        Respectfully submitted,

        REGAN ZAMBRI LONG PLLC

By:    /s *Patrick M. Regan*
        Patrick M. Regan        #336107
        pregan@reganfirm.com
        Paul J. Cornoni        #489398
        pcornoni@reganfirm.com
        Christopher J. Regan        #1018148
        cregan@reganfirm.com
        Emily C. Lagan        #1645159
        elagan@reganfirm.com
        1919 M Street, NW, Suite 350
        Washington, DC 20036
        Ph: (202) 463-3030
        Fx: (202) 463-0667
        *Counsel for Plaintiffs*